IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-02138-PSF-BNB

MARTHA WHITCOMB,

    Plaintiff,

v.

FIRST AMERICAN NATIONWIDE DOCUMENTS,

    Defendant.

---

## ORDER TO SEAL EXHIBIT

---

The Clerk's Office is directed to seal Exhibit A to Plaintiff's Response to Defendant's Motion for Summary Judgment on All of PlaIntiff's Claims for Relief (Dkt. # 25), pursuant to the Magistrate Judge's March 31, 2005 Stipulated Protective Order.

DATED: October 12, 2005

                              BY THE COURT:

                              s/ Phillip S. Figa
                              _____
                              Phillip S. Figa
                              United States District Judge